1
2
3
4
5
6
7
8        UNITED STATES DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON
9                 AT SEATTLE

10   UNITED STATES OF AMERICA,           )
                                          )   NO.
11              Plaintiff,                )
                                          )   WARRANT OF ARREST IN REM
12          v.                            )
                                          )
13   A 1988 BLACK MERCEDES BENZ           )
     AUTOMOBILE, MODEL 300E, FOUR         )
14   DOOR SEDAN, IDENTIFIED BY            )
     VIN #WDBEA30D3JA688786,              )
15   LICENSE PLATE #2380LEM,              )
                                          )
16              Defendant.                )
                                          )
17   _____)

18   TO:   UNITED STATES SECRET SERVICE, Western District of Washington

19          WHEREAS, a Verified Complaint of Forfeiture In Rem has been filed on April 14,

20   2011, in the United States District Court for the Western District of Washington, alleging

21   that the defendant vehicle is subject to seizure and forfeiture to the United States pursuant

22   to Title 18, United States Code, Section 981(a)(1)(C), as property derived from proceeds

23   traceable to the crimes of Computer Fraud and Abuse, Wire Fraud, Identify Fraud, and

24   Aggravated Identity Theft, in violation, respectively, of Title 18, United States Code,

25   Sections 1030(a)(4) and (a)(5)(A), 1343, 1028(a)(7), and 1028(A), and also was used to

26   facilitate the commission of the listed crimes.

27          YOU ARE, THEREFORE, HEREBY COMMANDED to arrest and seize the

28   defendant vehicle; and

WARRANT OF ARREST IN REM - 1
U.S. v. A 1988 BLACK MERCEDES BENZ AUTOMOBILE, MODEL 300E, FOUR DOOR SEDAN, et al.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1      YOU ARE FURTHER COMMANDED to provide notice of this action to all

2  persons thought to have an interest in or claim against the defendant vehicle, to file a

3  verified claim/statement of interest with the Clerk of the Court pursuant to Rule G(5) of

4  the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture

5  Actions; and that you promptly after execution of this process file the same in this Court

6  with your return thereon.

7                              WILLIAM M. McCOOL
                              UNITED STATES DISTRICT COURT CLERK
8

9

10                          By: _____
                              DEPUTY CLERK
11

12  Presented by:

13

14

15  RICHARD E. COHEN
    Assistant United States Attorney
16  United States Attorney's Office
    700 Stewart Street, Suite 5220
17  Seattle, WA 98101-1271
    Telephone:    (206) 553-2242
18  Fax No.:      (206) 553-6934
    E-mail: Richard.E.Cohen@usdoj.gov
19

20

21

22

23

24

25  NOTE:  This warrant is issued pursuant to Rule G(3) of the Supplemental Rules for
26  Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil
    Procedure.    DATED this _____ day of April, 2011.
27

28

WARRANT OF ARREST IN REM - 2

U.S. v. A 1988 BLACK MERCEDES BENZ AUTOMOBILE, MODEL 300E, FOUR DOOR SEDAN, et al.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970