1

2

3

4

5

6

7

8        UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF WASHINGTON
9                 AT SEATTLE

10   UNITED STATES OF AMERICA,          )
                                        )   NO.
11              Plaintiff,              )
                                        )   NOTICE OF VERIFIED COMPLAINT
12         v.                           )   FOR FORFEITURE IN REM
                                        )
13   A 1988 BLACK MERCEDES BENZ         )
     AUTOMOBILE, MODEL 300E, FOUR       )
14   DOOR SEDAN, IDENTIFIED BY          )
     VIN #WDBEA30D3JA688786,            )
15   LICENSE PLATE #2380LEM,            )
                                        )
16              Defendant.              )
     _____)

17

18   John Griffin
     xxxxxxxxxxxxxx
19   Edmonds, WA

20   John Griffin
     xxxxxxxxxxxxx
21   Seattle, WA

22   Chantelle Victor
     xxxxxxxxxxxxxx
23   Seattle, WA

24

25        A civil complaint seeking forfeiture pursuant to Title 18, United States Code,

26   Section 981(a)(1)(C), alleging that the defendant property is derived from proceeds

27   traceable to the crimes of Computer Fraud and Abuse, Wire Fraud, Identify Fraud, and

28   Aggravated Identity Theft, in violation, respectively, of Title 18, United States Code,

NOTICE OF COMPLAINT IN REM - 1
U.S. v. A 1988 BLACK MERCEDES BENZ AUTOMOBILE, MODEL 300E, FOUR DOOR SEDAN, et al.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1  Sections 1030(a)(4) and (a)(5)(A), 1343, 1028(a)(7), and 1028(A), and also was used to

2  facilitate the commission of the listed crimes, was filed on April 14, 2011.  Said civil

3  complaint was filed in the United States District Court for the Western District of

4  Washington, by Assistant United States Attorney Richard E. Cohen, on behalf of the

5  United States of America, Plaintiff, against the above-captioned defendant currency.  The

6  complaint alleges that the defendant currency may, for the causes stated in the complaint,

7  be forfeited to the United States.

8     In order to avoid forfeiture of the defendant currency, any person claiming an

9  interest in the defendant currency must file a statement of interest or right in the manner

10  set forth in Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and

11  Asset Forfeiture Actions, Federal Rules of Civil Procedure, except that such claim must

12  be filed not later than 35 days after the date of service of the complaint or, if service is by

13  publication, not later than 60 days after the first day of publication of notice of the filing

14  of the complaint on an official internet government forfeiture site (currently

15  www.forfeiture.gov).  In addition, any person having filed such a claim shall also file an

16  answer to the complaint not later than 21 days after the filing of the claim.

17     Supplemental Rule G(5)(a) provides in pertinent part: "(i) A person who asserts an

18  interest in the defendant property may contest the forfeiture by filing a claim in the court

19  where the action is pending. The claim must: (A) identify the specific property claimed;

20  (B) identify the claimant and state the claimant's interest in the property; (C) be signed by

21  the claimant under penalty of perjury; and (D) be served on the government attorney...."

22  Supplemental Rule G(5)(b) continues: "A claimant must serve and file an answer to the

23  complaint or a motion under Rule 12 within 21 days after filing the claim."

24     Claims should be filed with the Office of the Clerk, United States District Court

25  for the Western District of Washington, 700 Stewart Street, Lobby Level, Seattle,

26  Washington, 98101, and a copy should be served on the United States Attorney's Office,

27  Attention: Richard E. Cohen, Asset Forfeiture Unit, 700 Stewart Street, Suite 5220,

28  Seattle, Washington 98101-1271.

NOTICE OF COMPLAINT IN REM - 2
U.S. v. A 1988 BLACK MERCEDES BENZ AUTOMOBILE, MODEL 300E, FOUR DOOR SEDAN, et al.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1    Additional procedures and regulations regarding this forfeiture action are found at

2  Title 18, United States Code, Section 983.

3    DATED this 13th day of April, 2011.

4    Respectfully submitted,

5    JENNY A. DURKAN
     United States Attorney

6

7

8    RICHARD E. COHEN
     Assistant United States Attorney
     United States Attorney's Office
9    700 Stewart Street, Suite 5220
     Seattle, WA 98101-1271
10   Telephone:    (206) 553-2242
     Fax No.:      (206) 553-6934
11   E-mail: Richard.E.Cohen@usdoj.gov

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF COMPLAINT IN REM - 3
U.S. v. A 1988 BLACK MERCEDES BENZ AUTOMOBILE, MODEL 300E, FOUR DOOR SEDAN, et al.