# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. C11-637 MJP |
| Plaintiff, | |
| v. | WARRANT OF ARREST IN REM |
| A 1988 BLACK MERCEDES BENZ AUTOMOBILE, MODEL 300E, FOUR DOOR SEDAN, IDENTIFIED BY VIN #WDBEA30D3JA688786, LICENSE PLATE #2380LEM, | |
| Defendant. | |

TO: UNITED STATES SECRET SERVICE, Western District of Washington

WHEREAS, a Verified Complaint of Forfeiture In Rem has been filed on April 14, 2011, in the United States District Court for the Western District of Washington, alleging that the defendant vehicle is subject to seizure and forfeiture to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C), as property derived from proceeds traceable to the crimes of Computer Fraud and Abuse, Wire Fraud, Identify Fraud, and Aggravated Identity Theft, in violation, respectively, of Title 18, United States Code, Sections 1030(a)(4) and (a)(5)(A), 1343, 1028(a)(7), and 1028(A), and also was used to facilitate the commission of the listed crimes.

YOU ARE, THEREFORE, HEREBY COMMANDED to arrest and seize the defendant vehicle; and

WARRANT OF ARREST IN REM - 1
U.S. v. A 1988 BLACK MERCEDES BENZ AUTOMOBILE, MODEL 300E, FOUR DOOR SEDAN, et al.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

YOU ARE FURTHER COMMANDED to provide notice of this action to all persons thought to have an interest in or claim against the defendant vehicle, to file a verified claim/statement of interest with the Clerk of the Court pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions; and that you promptly after execution of this process file the same in this Court with your return thereon.

WILLIAM M. McCOOL
UNITED STATES DISTRICT COURT CLERK

By: *Paula McNabb*
DEPUTY CLERK

Presented by:

*/s/ Richard E. Cohen*
RICHARD E. COHEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone:   (206) 553-2242
Fax No.:     (206) 553-6934
E-mail: Richard.E.Cohen@usdoj.gov

NOTE: This warrant is issued pursuant to Rule G(3) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure.   DATED this _____ day of April, 2011.

WARRANT OF ARREST IN REM - 2
U.S. v. A 1988 BLACK MERCEDES BENZ AUTOMOBILE, MODEL 300E, FOUR DOOR SEDAN, et al.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970